IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-945-WYD-MJW

JEFFREY ROSENBERG,

    Plaintiff(s),

v.

THE TRAVELERS INSURANCE COMPANY,

    Defendant(s).
_____

**AMENDED ORDER OF DISMISSAL**
_____

THIS MATTER is before the Court on the parties' Stipulated Motion to Amend Order of Dismissal, filed September 28, 2005.  This Court previously entered an Order of Dismissal on June 17, 2005, dismissing this matter without prejudice.  After a careful review of the Stipulated Motion to Amend and the file, the Court concludes that the Order of Dismissal entered June 17, 2005 should be modified to reflect that this case should be dismissed WITH PREJUDICE. Accordingly, it is

ORDERED that the June 17, 2005, Order of Dismissal is hereby amended to reflect that this matter is DISMISSED WITH PREJUDICE, each party to pay their own costs and attorney's fees.

 Dated:  September 28, 2005

                                              BY THE COURT:

                                              s/ Wiley Y. Daniel
                                              Wiley Y. Daniel
                                              U. S. District Judge